# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

December 3, 2004

Reply to Northern Division Address

*04CR 1036 (DLI)*

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

✶ DEC 0 7 2004 ✶

BROOKLYN OFFICE

Re:  USA vs. Joseph Benjamin
Civil Action No.:
Criminal Action No.: 98-0424

Dear Clerk:

[  ]   On 12/3/2004, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[ **X** ]   On 12/3/2004, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[  ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk


By:  _J Lewis_____
Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

December 3, 2004

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   USA vs. Joseph Benjamin
      Civil Action No.:
      Criminal Action No.: 98-0424

Dear Clerk:

[   ]   On 12/3/2004, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[X]   On 12/3/2004, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By:   _J Lewis_____
      Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CCB-98-0424-006 |
|---|---|---|

CR04 1036

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Maryland | DIVISION Baltimore |
|---|---|---|
| **BENJAMIN**, Joseph | NAME OF SENTENCING JUDGE Catherine C. Blake | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM |

**IRIZARRY, J.**

**GO M.J.**

| OFFENSE: | Conspiracy to Distribute and Possession with Intent to Distribute a Mixture Containing Hydrochloride and Cocaine Base, in violation of 21:USC:846. |
|---|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11/9/04_
Date

_Honorable Catherine C. Blake_
_U.S. District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-3-04

_Dora L. Irizarry_
United States District Judge

_November 29, 2004_
_Effective Date_

By _____ Deputy

A TRUE COPY
ATTEST
DATED 11/30 20.04
ROBERT C. HEINEMANN
CLERK

RECEIVED
U.S. MARSHAL
BALTIMORE, MD.

Oct 29   u 51 PM '98

ENTERED
LODGED        RECEIVED

OCT 2 8 1998

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

ARW:VW:1997R01841

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CCB-98-0424 |
| | : | (Conspiracy to Distribute and |
| ODESSA CASH, | : | Possess with Intent to |
| a/k/a "Psych", | : | Distribute Cocaine Hydro- |
| ISAIAH WHALEY, | : | chloride and Cocaine Base, |
| a/k/a "I", | : | 21 U.S.C. §846; Kidnapping, |
| KHALIL HASSAN, | : | 18 U.S.C. §1201(a)(1); Aiding |
| a/k/a "Lil", | : | and Abetting, 18 U.S.C. §2) |
| BERTRAND LEVON CURTIS, | : | |
| a/k/a "X", | : | |
| CHARLES JAMAL WHALEY, | : | |
| a/k/a "Boom", | : | |
| JOSEPH BENJAMIN, | : | |
| a/k/a "Six", | : | |
| MARK WILLIAMS, | : | |
| a/k/a "Ice", | : | |
| MICHAEL WILLIAMS, | : | |
| a/k/a "Mason", | : | |
| a/k/a "Dreds", | : | |
| and | : | |
| ANTHONY BONNER, | : | |
| a/k/a "Tone", | : | |
| | : | |
| Defendants. | : | |

: : : : : : : : : : : : : : : : : :

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

## COUNT ONE

Beginning in or about the summer of 1994, up to and including

January 4, 1998, within the State and District of Maryland, the

1

State of New York, the Eastern District of Pennsylvania, and elsewhere,

**ODESSA CASH, a/k/a "Psych",**
**ISAIAH WHALEY, a/k/a "I",**
**KHALIL HASSAN, a/k/a "Lil",**
**BERTRAND LEVON CURTIS, a/k/a "X",**
**CHARLES JAMAL WHALEY, a/k/a "Boom",**
**JOSEPH BENJAMIN, a/k/a "Six",**
**MARK WILLIAMS, a/k/a "Ice",**
**MICHAEL WILLIAMS, a/k/a "Mason", a/k/a "Dreds",**
**and**
**ANTHONY BONNER, a/k/a "Tone",**

defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to knowingly, unlawfully and intentionally distribute and possess with intent to distribute a quanity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance, and a quanity of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," also a Schedule II narcotic controlled substance, all in violation of Title 21, United States Code, § 841(a)(1).

OBJECT OF THE CONSPIRACY

At all times materials herein, the object of the charged defendants and other coconspirators was to obtain quantities of cocaine hydrochloride and cocaine base with the intent to

2

distribute said substances for the purpose of making money.

## METHOD AND MEANS USED TO FACILITATE THE CONSPIRACY

Among the methods and means used by the defendants and other coconspirators to carry out the object of the conspiracy were the following:

a. Certain members of the conspiracy maintained distinct roles in furthering the objectives of the conspiracy. **ODESSA CASH, a/k/a "Psych",** supervised the organization and provided the cocaine hydrochloride for cooking into cocaine base for distribution. **BERTRAND LEVON CURTIS, a/k/a "X",** and **JOSEPH BENJAMIN, a/k/a "Six",** acted as lieutenants for the organization by overseeing the day to day street level distribution of the cocaine base. **ISAIAH WHALEY, a/k/a "I", KHALIL HASSAN, a/k/a "Lil", CHARLES JAMAL WHALEY, a/k/a "Boom", MICHAEL WILLIAMS, a/k/a "Mason", a/k/a "Dreds",** and **ANTHONY BONNER, a/k/a "Tone",** obtained multi-ounce quantities of cocaine hydrochloride and cocaine base from **ODESSA CASH, a/k/a Psych,** for distribution in the West End area of Hagerstown, Maryland.

b. Members of the conspiracy used threats of violence, knives, firearms and other means to protect their drugs, the cash proceeds derived from the street level distribution of their cocaine, and their area of drug distribution.

c. Members of the conspiracy used different locations to

3

stash and secrete their drugs, drug proceeds, firearms, and other drug paraphernalia, including, but not limited to, the following locations in Hagerstown, Maryland: 111 Winter Street, 671 Highland Way, 901 & 903 Lanvale Street, 812 Main Street, 1401 Haven Road, and 16612 F Spiceberry Court.

d. In order to maintain their ongoing drug operation, members of the conspiracy used cellular telephones and digital display pagers, or beepers, to maintain contact with one another.

e. The area of street level distribution utilized by members of this conspiracy was in and around the West End housing projects, most prominently the streets of Lanvale and Ross, in Hagerstown, Maryland. The hours of operation were from approximately 9:00 a.m. until 3:00 a.m., seven days a week.

<u>OVERT ACTS</u>

In furtherance of the conspiracy, and to effect the object thereof, members of the conspiracy did perform, participate in, and commit the following acts, among others:

1. On or about June 8, 1995, **ODESSA CASH, a/k/a "Psych"**, wrote a letter to Eric Williams, a/k/a Supreme, setting forth the parameters for membership in the organization.

2. On or about January 12, 1996, **ODESSA CASH, a/k/a "Psych"**, verbally threatened a rival drug dealer in an effort to obtain

4

exclusive control of the West End cocaine base trade.

3. On or about January 13, 1996, **ODESSA CASH, a/k/a "Psych"**, and other members of the conspiracy shot Eric Turner to assert control over the West End drug area.

4. On or about August 8, 1996, **ODESSA CASH, a/k/a "Psych"**, slashed the face of Kevin Sanders in Hagerstown, Maryland to assert control over the West End drug trade.

5. On or about September 12, 1996, **ODESSA CASH, a/k/a "Psych"**, possessed 240 grams of cocaine base, 4 grams of cocaine hydrochloride and a 9 mm handgun in Baltimore, Maryland.

6. On or about May 12, 1997, **ODESSA CASH, a/k/a "Psych"**, and Eric Williams, a/k/a "Supreme", transported approximately 375 grams of cocaine hydrochloride from New York to Baltimore, Maryland, which they cooked into cocaine base for distribution in Hagerstown by members of the conspiracy.

7. On or about July 6, 1997, **ODESSA CASH, a/k/a "Psych"**, and Eric Williams, a/k/a "Supreme", pistol whipped and beat **ISAIAH WHALEY, a/k/a "I"**, **KHALIL HASSAN, a/k/a "Lil"**, and **JOSEPH BENJAMIN, a/k/a "Six"**, in an effort to maintain control of the West End drug trade.

8. On or about July 6, 1997, Eric Williams, a/k/a "Supreme", was shot and killed during the assault of **ISAIAH WHALEY, a/k/a "I"**,

5

**KHALIL HASSAN, a/k/a "Lil", and JOSEPH BENJAMIN, a/k/a "Six"**.

9.    On or about July 7, 1997, members of the conspiracy possessed approximately one-quarter ounce of cocaine base in 16612 F Spiceberry Court, Hagerstown, Maryland.

10.   On and about July 9, 1997, in an apartment located at 671 Highland Way, Hagerstown, Maryland, members of the conspiracy possessed a .22 caliber handgun, a trace amount of cocaine base, drug proceeds totaling $4,210.00, and various items of drug paraphernalia, including: an electronic scale, a razor blade, a can with a false bottom, and a large quantity of baggies.

11.   On or about August 25, 1997, **BERTRAND LEVON CURTIS, a/k/a "X"**, possessed 13 pieces of cocaine base in Hagerstown, Maryland.

12.   On or about September 17, 1997, **ANTHONY BONNER, a/k/a "Tone"**, distributed approximately 4.53 grams of cocaine base at or near Nottingham Road and W. Washington Street, Hagerstown, Maryland.

13.   On or about October 8, 1997, **ANTHONY BONNER, a/k/a "Tone"**, distributed approximately 3.72 grams of cocaine base at or near the 1300 block of W. Washington Street, Hagerstown, Maryland.

14.   On October 23, 1997, **ANTHONY BONNER, a/k/a "Tone"**, distributed approximately 14.7 grams of cocaine base at or near

6

East Place and Concord Street in the West End area of Hagerstown.

15.  On or about October 30, 1997, **ANTHONY BONNER, a/k/a "Tone"**, distributed approximately .44 grams of cocaine base at or near Nottingham Road, Hagerstown, Maryland.

16.  On or about November 3, 1997, an unindicted coconspirator distributed approximately .70 grams of cocaine base at or near 111 Winter Street, Hagerstown, Maryland.

17.  On or about November 6, 1997, an unindicted coconspirator distributed approximately 1.20 grams of cocaine base at or near the 800 block of Salem Avenue, Hagerstown, Maryland.

18.  On or about November 6, 1997, **ANTHONY BONNER, a/k/a Tone"**, distributed approximately 19.3 grams of cocaine base at or near the 1000-1100 blocks of W. Washington Street, Hagerstown, Maryland.

19.  On or about November 13, 1997 at 111 Winter Street, Hagerstown, Maryland, members of the conspiracy possessed approximately 27.49 grams of cocaine hydrochloride, and two firearms: a .357 Smith and Wesson revolver, serial number N550275, and a .38 H&R Smith and Wesson chrome plated revolver.

20.  On or about January 4, 1998, **MARK WILLIAMS, a/k/a "Ice"**, did kidnap and transport in interstate commerece Kevin Sanders to

7

prevent him from testifying against **ODESSA CASH, a/k/a "Psych"**, in the Circuit Court for Washington County, Maryland.

21 U.S.C. §846

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about January 4, 1998, in the State and District of Maryland, and the Eastern District of Pennsylvania,

**ODESSA CASH, a/k/a "Psych",
and
MARK WILLIAMS, a/k/a "Ice",**

defendants herein, did willfully transport in interstate commerce from the State and District of Maryland to the Eastern District of Pennsylvania Kevin Sanders, an adult male, who had been willfully and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, carried away, and held by said defendants for ransom or reward or otherwise.


18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2


Lynne A. Battaglia
United States Attorney

A TRUE BILL:

Foreperson

10/28/98
Date

I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file and in my legal custody

By_____ Deputy

9

U.S. DISTRICT COURT (Rev. 9/99) Sheet 1 - Judgment in a Criminal Case with Supervised Release

# United States District Court
## District of Maryland

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed on or After November 1, 1987) |
| v. | |
| JOSEPH BENJAMIN | Case Number: CCB -98-0424 |
| | Defendant's Attorney: DONALD H. FEIGE, ESQ. |
| | Assistant U.S. Attorney: CHRISTINE MANUELIAN |

## THE DEFENDANT:

☒ pleaded guilty to count __One (1)__

☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | CONSPIRACY TO DISTR. AND POSS. WITH INTENT TO DISTR. A MIXTURE CONT. COCAINE HYDROCHLORIDE AND COCAINE BASE | 1/4/98 | 1 |

The defendant is adjudged guilty and sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's SSN: 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
Defendant's Date of Birth: 1-3-78
Defendant's U.S.M. No.: 33484-037

Defendant's Residence Address:
C/O CLARICE VINES
626 MARCY AVENUE
BROOKLYN, NEW YORK 11206

Defendant's Mailing Address:
Same as above

APRIL 20, 2000
Date of Imposition of Judgment

**CATHERINE C. BLAKE**           4/21/2000
**UNITED STATES DISTRICT JUDGE**        Date

MICROFILMED
Name of Court Reporter: LISA BANKINS

APR 2 1 2000

By _____ Deputy

U.S. DISTRICT COURT (Rev. 9/99) Sheet 2 - Judgment in a Criminal Case with Supervised Release                    Judgment Page  2  of  7

**DEFENDANT:       JOSEPH BENJAMIN**                              **CASE NUMBER: CCB -98-0424**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___51___ months.

☒ The court makes the following recommendations to the Bureau of Prisons: that the inmate be placed in a facility consistent with his security level that is as close as possible to New York City and that the defendant participate in any substance abuse program for which he may be eligible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.
☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal.  If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

☐ before 2 p.m. on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146.  If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147.  For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148.  Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By: _____
DEPUTY U.S. MARSHAL

U.S. DISTRICT COURT (Rev. 9/99) Sheet 3 - Judgment in a Criminal Case with Supervised Release

Judgment Page 3 of 7

**DEFENDANT:   JOSEPH BENJAMIN**      **CASE NUMBER: CCB -98-0424**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ___3 years___.

**The defendant shall comply with all of the following conditions:**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## STATUTORY CONDITIONS OF SUPERVISED RELEASE

The defendant shall not commit any federal, state or local crime.

In any felony case, the defendant shall not possess a firearm as defined in 18 U.S.C. §921.

The defendant shall not illegally use or possess a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

If this judgment imposes any criminal monetary penalty, including special assessment, fine, or restitution, it shall be a condition of supervised release that the defendant pay any such monetary penalty that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense;
13) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendants's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:       JOSEPH BENJAMIN                          CASE NUMBER: CCB -98-0424

## SUPERVISED RELEASE
## ADDITIONAL CONDITIONS

The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

U.S. DISTRICT COURT (Rev. 9/99) Sheet 5, Part __ Judgment in a Criminal Case with Supervised Release                           Judgment Page  5  of  7

| DEFENDANT: | JOSEPH BENJAMIN | CASE NUMBER: CCB -98-0424 |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement. . . . . . . . . . . . $

# FINE

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the 15th day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

☒ The court has determined that the defendant does not have the ability to pay a fine; therefore, a fine is waived.

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|

U.S. DISTRICT COURT (Rev. 9/99) Sheet 5, Part B ... Judgment in a Criminal Case with Supervised Release                    Judgment Page 6 of 7

**DEFENDANT:      JOSEPH BENJAMIN**                          **CASE NUMBER: CCB -98-0424**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; and (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [X] In full immediately; or

B  [ ] $_____ immediately, balance due (in accordance with C, D, or E); or

C  [ ] Not later than _____; or

D  [ ] Installments to commence _____ day(s) after the date of this judgment.

E  [ ] In _____ (*e.g. equal weekly, monthly, quarterly*) installments of $_____ over a period of _____ year(s) to commence when the defendant is placed on supervised release.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment through the Bureau of Prisons' Inmate Financial Responsibility Program.

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

    [ ] in equal monthly installments during the term of supervision; or

    [ ] on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

    [ ] Joint and Several with:

    [ ] The defendant shall pay the following costs of prosecution and/or court costs:

    [ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-00424-CCB-6
### Internal Use Only

**Case title:** USA v. Cash, et al        **Date Filed:** 10/28/98
**Other court case number(s):** None
**Magistrate judge case number(s):** None

---

**Assigned to:** Judge Catherine C. Blake
**Referred to:**

**Defendant(s)**

--------------------

**Joseph Benjamin** (6)      represented by   **Donald H Feige**
*TERMINATED: 04/21/2000*                  Law Office of Donald H Feige
                                       9407 Harford Rd
                                       Baltimore, MD 21234
                                       14108821030
                                       Fax : 14108821031
                                       Email: dofeige@aol.com
                                       *TERMINATED: 04/21/2000*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Designation: CJA Appointment*

*aka*
**"Six"** (6)

**Pending Counts**                                  **Disposition**

-----------------------                                  ----------------

Defendant is committed to the custody
of U.S. Bureau of Prisons for a total
term of 51 months. The Court makes
the recommendation to the Bureau of
Prisons that the inmate be placed in a
facility consistent with his security level
that is as close as possible to NYC and

21:846 - Conspiracy to Distribute and Possess with Intent to Distribute a Mixture Containing Cocaine Hydrochloride and Cocaine Base (1)

that the defendant participate in any substance abuse program for which he may be eligible. Supervised Release for a term of 3 years with the Additional Special Condition that defendant shall satisfactorily participate in a treatm ent program approved by the Probation Officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the Probation Officer. Special Assessment of $100.00 to be paid in full immedi ately.

**Highest Offense Level (Opening)**
-----------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
-------------------------------------------

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**
-------------------------

**USA**                            represented by   **Christine Manuelian**
                                                    Office of the United States Attorney
                                                    U S Courthouse Federal Garmatz
                                                    Bldg
                                                    101 W Lombard St Sixth Fl
                                                    Baltimore, MD 21201
                                                    14102094800
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lynne A Battaglia**
                                                    Court of Appeals of Maryland
                                                    361 Rowe Boulevard
                                                    Annapolis, MD 21401
                                                    14102601565
                                                    Fax : 14109745092

| Filing Date | # | Docket Text |
|---|---|---|
| 10/28/1998 | 1 | INDICTMENT as to Odessa Cash (1) count(s) 1, 2, Isiah Whaley (2) count(s) 1, Khalil Hassan (3) count(s) 1, Bertrand Levon Curtis (4) count(s) 1, Charles Jamal Whaley (5) count(s) 1, Joseph Benjamin (6) count(s) 1, Mark Williams (7) count(s) 1, 2, Michael Williams (8) count(s) 1, Anthony Bonner (9) count(s) 1 (mms, Deputy Clerk) (Entered: 10/29/1998) |
| 10/28/1998 | | **Added Government Attorney Lynne A. Battaglia, Christine Manuelian as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner (mms, Deputy Clerk) (Entered: 10/29/1998) |
| 10/28/1998 | 2 | MOTION by USA as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner to Seal Indictment (mms, Deputy Clerk) (Entered: 10/29/1998) |
| 10/28/1998 | 2 | MARGINAL ORDER granting [2-1] motion to Seal Indictment as to Odessa Cash (1), Isiah Whaley (2), Khalil Hassan (3), Bertrand Levon Curtis (4), Charles Jamal Whaley (5), Joseph Benjamin (6), Mark Williams (7), Michael Williams (8), Anthony Bonner (9) (Signed by Magistrate Judge Paul W. Grimm 10/28/98) (mms, Deputy Clerk) (Entered: 10/29/1998) |

| 10/28/1998 | 8 | MOTION by USA as to Joseph Benjamin for issuance of Bench warrant (mms, Deputy Clerk) (Entered: 10/29/1998) |
|---|---|---|
| 10/28/1998 | 8 | MARGINAL ORDER granting [8-1] motion for issuance of Bench warrant as to Joseph Benjamin (6) ( Signed by Magistrate Judge Paul W. Grimm 10/28/98 ) (mms, Deputy Clerk) (Entered: 10/29/1998) |
| 10/29/1998 | 17 | Arrest WARRANT issued as to Joseph Benjamin (mms, Deputy Clerk) (Entered: 10/29/1998) |
| 01/07/1999 | 34 | WRIT of Habeas Corpus ad Prosequendum issued for 1/27/99 as to Joseph Benjamin and Order directing issuance of said Writ as prayed. (Signed: Mag. Judge Paul W. Grimm, 1/6/99) (c/hd USMS 1/7/99) (mms, Deputy Clerk) (Entered: 01/08/1999) |
| 01/20/1999 | | **Set Sealed Flag. (mms, Deputy Clerk) (Entered: 01/20/1999) |
| 01/21/1999 | | Initial appearance as to Joseph Benjamin held before Magistrate Judge Susan K. Gauvey (ER: Joyce Smith) (Defendant informed of rights.) (mms, Deputy Clerk) (Entered: 01/22/1999) |
| 01/21/1999 | 39 | CJA 23 FINANCIAL AFFIDAVIT by Joseph Benjamin (mms, Deputy Clerk) (Entered: 01/22/1999) |
| 01/21/1999 | 40 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act as to Joseph Benjamin ( Signed by Magistrate Judge Susan K. Gauvey 1/21/99) (c/hd 1/21/99 js) (mms, Deputy Clerk) (Entered: 01/22/1999) |
| 01/26/1999 | | Detention hearing as to Joseph Benjamin held before Magistrate Judge Daniel E. Klein Jr. (ER: C. Roberts) (mms, Deputy Clerk) (Entered: 01/27/1999) |
| 01/26/1999 | 49 | NOTICE of Appearance for Joseph Benjamin by Attorney Donald H. Feige (mms, Deputy Clerk) (Entered: 01/27/1999) |
| 01/26/1999 | 51 | ORDER OF DETENTION By Agreement as to Joseph Benjamin ( Signed by Magistrate Judge Daniel E. Klein Jr. 1/26/99) (c/m 1/26/99 cr) (mms, Deputy Clerk) (Entered: 01/27/1999) |
| 01/29/1999 | 52 | CJA 20 as to Joseph Benjamin : Appointment of Attorney Voucher # 1062712 ( Signed by Magistrate Judge Susan K. Gauvey 1/25/99 ) (c/m 1/25/99) (jlb, Deputy Clerk) (Entered: 01/29/1999) |
| 01/29/1999 | | **Address labels only (jlb, Deputy Clerk) (Entered: 01/29/1999) |

| 02/05/1999 | | Arraignment as to Joseph Benjamin, Not Guilty: Joseph Benjamin (6) count(s) 1 held before Magistrate Judge Susan K. Gauvey (ER: Tony Stover) (mms, Deputy Clerk) (Entered: 02/08/1999) |
|---|---|---|
| 02/08/1999 | 64 | MOTION by USA as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner to Unseal Indictment (mms, Deputy Clerk) (Entered: 02/08/1999) |
| 02/08/1999 | 64 | MARGINAL ORDER granting [64-1] motion to Unseal Indictment as to Odessa Cash (1), Isiah Whaley (2), Khalil Hassan (3), Bertrand Levon Curtis (4), Charles Jamal Whaley (5), Joseph Benjamin (6), Mark Williams (7), Michael Williams (8), Anthony (9) (Signed by Magistrate Judge Paul W. Grimm 2/5/99) (c/m 2/8/99 ms) (mms, Deputy Clerk) (Entered: 02/08/1999) |
| 02/10/1999 | | **Remove sealed flag - case no longer sealed as to any party. (mms, Deputy Clerk) (Entered: 02/10/1999) |
| 02/10/1999 | | **Remove Sealed Flag. (mms, Deputy Clerk) (Entered: 02/10/1999) |
| 02/22/1999 | 79 | SCHEDULING ORDER SETTING dates for plea negotiations, motions, pretrial and trial as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner setting (Signed by Judge Catherine C. Blake 2/22/99) (c/m 2/22/99 chambers) (mms, Deputy Clerk) (Entered: 02/23/1999) |
| 03/05/1999 | 80 | ORDER as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner CONTINUING trial of case until September 13, 1999 and that the period of delay from scheduling conference date of 2/19/99 until the start of trial will be excluded in order to allow time for adequate preparation and resolution of pretrial motions and to insure defendant's effective representation by counsel. (Signed by Judge Catherine C. Blake 3/3/99) (c/m 3/5/99 bc) (mms, Deputy Clerk) (Entered: 03/05/1999) |
| 04/26/1999 | 93 | CONSOLIDATED MOTIONS RESPONSE by USA as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner and Exhibit A (c/s) (mms, Deputy Clerk) (Entered: 04/26/1999) |
| 08/20/1999 | 116 | WRIT of Habeas Corpus ad Prosequendum issued for 9/2/99 as to Joseph Benjamin and Order (Signed: Magistrate Daniel E. Klein, 8/20/99) DIRECTING issuance of said Writ as prayed. (mms, Deputy Clerk) (Entered: 08/23/1999) |

| 08/20/1999 | 123 | WRIT of Habeas Corpus ad Prosequendum issued for 9/13/99 as to Joseph Benjamin and ORDER (Signed: Daniel E. Klein, 8/20/99) DIRECTING issuance of said Writ as prayed. (cc'd USMS 8/20/99) (mms, Deputy Clerk) (Entered: 08/23/1999) |
|---|---|---|
| 09/17/1999 | 126 | REVISED SCHEDULING ORDER as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner (Signed by Judge Catherine C. Blake 9/17/99) (c/m 9/17/99 chambers) (mms, Deputy Clerk) (Entered: 09/17/1999) |
| 12/22/1999 | 130 | ORDER that a motions hearing is scheduled ( Signed by Judge Catherine C. Blake 12/22/99) (cm by chambers) (amf, Deputy Clerk) (Entered: 12/23/1999) |
| 01/07/2000 | | Rearraignment as to Joseph Benjamin, Guilty: Joseph Benjamin (6) count(s) 1 Terminated motions held before Judge Catherine C. Blake (Court Reporter: Lisa Bankins) (mms, Deputy Clerk) (Entered: 01/10/2000) |
| 01/07/2000 | | Imposition of Sentence suspended pending presentence investigation as to Joseph Benjamin (mms, Deputy Clerk) (Entered: 01/10/2000) |
| 01/07/2000 | 136 | Guideline Sentencing Order as to Joseph Benjamin ( Signed by Judge Catherine C. Blake 1/7/00) (mms, Deputy Clerk) (Entered: 01/10/2000) |
| 01/07/2000 | 133 | SEALED DOCUMENT (mms, Deputy Clerk) (Entered: 01/19/2000) |
| 01/07/2000 | 135 | SEALED DOCUMENT (mms, Deputy Clerk) (Entered: 01/19/2000) |
| 01/19/2000 | 139 | ORDER DIRECTING THAT Documents/Pleadings #133 and #135 BE PLACED UNDER SEAL pending further Order of the Court. ( Signed by Judge Catherine C. Blake 1/18/00) (c/m 1/19/00 ms) (mms, Deputy Clerk) (Entered: 01/19/2000) |
| 01/21/2000 | | **Address labels only (mdw, Deputy Clerk) (Entered: 01/21/2000) |
| 01/21/2000 | 142 | WRIT of Habeas Corpus ad Prosequendum issued for DORIS HARRISON on 1/25/00 and Order (Mag. J. Bredar, 1/21/00) directing issuance of said Writ as prayed. (cc USAO - Agents to serve) (mms, Deputy Clerk) (Entered: 01/21/2000) |
| 01/21/2000 | 143 | WRIT of Habeas Corpus ad Prosequendum issued as to BARBARA HOFFMAN for 1/25/00 and Order (Mag. Judge Bredar 1/21/00) directing issuance of said Writ as prayed. (cc USAO-Agents to serve) (mms, Deputy Clerk) (Entered: 01/21/2000) |

| 01/27/2000 | 145 | WRIT of Habeas Corpus ad Prosequendum issued for Kevin Sanders for 1/27/00 and Order (Magistrate Judge Paul Grimm 1/27/00) directing issuance of said Writ as prayed. (cc USAO for Agent to pick up) (mms, Deputy Clerk) (Entered: 01/28/2000) |
| 02/22/2000 | | **Address labels only (mms, Deputy Clerk) (Entered: 02/23/2000) |
| 02/24/2000 | 153 | WRIT of Habeas Corpus ad Prosequendum issued as to Joseph Benjamin for 4/20/00 and ORDER directing issuance of said Writ as prayed. (Signed: Mag. Judge Daniel E. Klein, 2/24/00)(cc USMS 2/24/00) (mms, Deputy Clerk) (Entered: 02/25/2000) |
| 04/20/2000 | | Sentencing: Joseph Benjamin (6) count(s) 1 held before Judge Catherine C. Blake. (Court Reporter: Lisa Bankins) (kam, Deputy Clerk) (Entered: 04/20/2000) |
| 04/20/2000 | 160 | WRIT of Habeas Corpus ad Prosequendum issued as to Kevin Sanders for 4/28/00 and ORDER directing issuance of said Writ as prayed. (Signed: Magistrate Judge Daniel E. Klein, 4/20/00)(cc USAO 4/20/00) (mms, Deputy Clerk) (Entered: 04/21/2000) |
| 04/20/2000 | 161 | WRIT of Habeas Corpus ad Prosequendum issued as to Doris Harrison for 4/28/00 and ORDER directing issuance of said Writ as prayed. (Signed: Magistrate Judge Daniel E. Klein, 4/20/00)(cc USAO 4/20/00) (mms, Deputy Clerk) (Entered: 04/21/2000) |
| 04/21/2000 | 162 | JUDGMENT Joseph Benjamin (6) count(s) 1. Defendant is committed to the custody of U.S. Bureau of Prisons for a total term of 51 months. The Court makes the recommendation to the Bureau of Prisons that the inmate be placed in a facility consistent with his security level that is as close as possible to NYC and that the defendant participate in any substance abuse program for which he may be eligible. Supervised Release for a term of 3 years with the Additional Special Condition that defendant shall satisfactorily participate in a treatment program approved by the Probation Officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the Probation Officer. Special Assessment of $100.00 to be paid in full immediately. ( Signed by Judge Catherine C. Blake 4/21/00) (c/m & microfilmed 4/21/00 ms) (mms, Deputy Clerk) (Entered: 04/21/2000) |
| 04/21/2000 | | **Termination of party Joseph Benjamin pending deadlines and pending motions as to Joseph Benjamin (mms, Deputy Clerk) (Entered: 04/21/2000) |
| 04/28/2000 | 164 | ARREST WARRANT Returned Unexecuted as to Joseph Benjamin - Appearance on a writ, tried and sentenced. (mms, Deputy Clerk) |

| | | |
|---|---|---|
| | | (Entered: 05/01/2000) |
| 05/11/2000 | 172 | WRIT of Habeas Corpus ad Prosequendum issued as to Kevin Sanders for 5/17/00 and Order directing issuance of said Writ as prayed. (Signed: Mag. Judge James K. Bredar, 5/11/00) (cc USAO 5/11/00 ms) (mms, Deputy Clerk) (Entered: 05/12/2000) |
| 05/11/2000 | 173 | WRIT of Habeas Corpus ad Prosequendum issued as to Doris Harrison for 5/17/00 and Order directing issuance of said Writ as prayed. (Signed: Mag. Judge James K. Bredar, 5/11/00)(cc USAO 5/11/00 ms) (mms, Deputy Clerk) (Entered: 05/12/2000) |
| 06/12/2000 | | **Address labels only (mdd, Deputy Clerk) (Entered: 06/12/2000) |
| 06/13/2000 | | **Address labels only (mdd, Deputy Clerk) (Entered: 06/13/2000) |
| 06/14/2000 | | CASE reassigned from Judge Blake to Judge Unassigned (cag, Deputy Clerk) (Entered: 06/14/2000) |
| 02/14/2001 | | **Address labels only (ko, Deputy Clerk) (Entered: 02/14/2001) |
| 07/13/2001 | | Record on appeal returned from U.S. Court of Appeals: [185-1] appeal by Bertrand Levon Curtis (sls, Deputy Clerk) (Entered: 07/13/2001) |
| 07/16/2001 | | **Remove appeal flag - no further appeals pending (sls, Deputy Clerk) (Entered: 07/16/2001) |
| 12/28/2001 | | **Case closed as to Odessa Cash, Isiah Whaley, Khalil Hassan, Bertrand Levon Curtis, Charles Jamal Whaley, Joseph Benjamin, Mark Williams, Michael Williams, Anthony Bonner (all defendants). (mms, Deputy Clerk) (Entered: 12/28/2001) |
| 12/28/2001 | | CASE reassigned from unassigned to Judge Catherine C. Blake (cag, Deputy Clerk) (Entered: 01/07/2002) |
| 03/11/2002 | 222 | MOTION by Joseph Benjamin to Vacate under 28 U.S.C. 2255 ( Civil Action # CCB-02-741). (jlb, Deputy Clerk) (Entered: 03/11/2002) |
| 03/14/2002 | 223 | MOTION by Joseph Benjamin to Correct Judgment and Other Part of Record, Brought Pursuant to Rule 36 of FRCrP , or in the Alternative to Vacate [162-1] Judgment Order pursuant to 28 USC Section 2255 (c/s) (mms, Deputy Clerk) (Entered: 03/14/2002) |
| 04/15/2002 | 225 | MEMORANDUM OPINION as to Joseph Benjamin ( Signed by Judge Catherine C. Blake 4/15/02) (Original Pleading located in Civil |

| | | No. CCB 02-741) (c/m & Microfilmed 4/16/02 ms) (mms, Deputy Clerk) (Entered: 04/16/2002) |
|---|---|---|
| 04/16/2002 | 226 | ORDER DENYING & DISMISSING with Prejudice [222-1] Motion to Vacate under 28 U.S.C. 2255 as to Joseph Benjamin and to the extent that Mr. Benjamin wishes to raise a 28 USC 2241 Habeas Corpus Claim challenging the award of pre-trial credits, CLAIM IS DISMISSED WITHOUT PREJUDICE. (Signed by Judge Catherine C. Blake 4/15/02) (Original Pleading located in Civil No. CCB 02-741) (c/i & Microfilmed 4/16/02 ms) (mms, Deputy Clerk) (Entered: 04/16/2002) |

I hereby attest and certify on ___12-3-04___ that ... from and correct ... and in my legal custody.

By _____ Deputy

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201