UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 09 2012 ★
BROOKLYN OFFICE

-----------------------------------------------X
United States of America

V.                                          Docket Number: 04-CR-1036

Joseph Benjamin

-----------------------------------------------X

## ORDER TO MODIFY SUPERVISED RELEASE

This Cause having been heard before me on February 10, 2012.

IT IS HEREBY ORDERED that the defendant's term of supervision is extended and for a period of 90 days, the defendant shall remain in his home of record. The defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the U.S. Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of U.S. Courts. In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. Upon successful completion of the home confinement term, the Court will entertain a request to terminate supervision.

s/DLI                                    3/5/12
_____          _____
UNITED STATES DISTRICT JUDGE              DATE

So Ordered.